United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 7, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-61039
Conference Calendar

SHARON CAMPBELL; JEFFERY CAMPBELL,

Plaintiffs-Counter Defendants-Appellants,

versus

WILLIAM F. SCHNELLER; RODNEY YARBROUGH; LINDA YARBROUGH,

Defendants-Counter Claimants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:03-CV-27-M
--------------------

ON PETITION FOR REHEARING

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM:

Because the petition for rehearing identifies no error of fact or law in our opinion, the petition is frivolous. See FED. R. APP. P. 40(a)(2); 5TH CIR. R. 40.2. Accordingly, IT IS ORDERED that the petition for rehearing is GRANTED for the sole purpose of replacing the sanctions warning in the original opinion with the following: "The Campbells are warned that the filing by them or by anyone on their behalf of any frivolous pleading in this court, or in any court subject to the jurisdiction of this court, concerning the Yarbroughs' adoption of Kayla will subject them to the imposition of sanctions."